**FILED**

JUL 18 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 18-10-H-CCL |
|---|---|
| Plaintiff, | |
| vs. | ORDER QUASHING WRIT OF HABEAS CORPUS |
| DANIEL ELIJAHKANE ARKINSON, JAMIE NICOLE MILSTEN, and MELISSA DAWN SHURTLIFF, | |
| Defendants. | |

Upon motion of the United States to quash the Writ of Habeas Corpus issued in this case, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of Court is directed to quash the Writ of Habeas Corpus issued for Curtis Alexander on July 11, 2018.

DATED this 18th day of July, 2018.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE